**UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| RICKY L. TILLMAN, JR., surviving son of Ricky L. Tillman, Sr., deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE BNSF RAILWAY COMPANY, DONALD HANDY, and TITUSAN TOWNSEND,<br><br>　　　　Defendants.<br><hr>BNSF RAILWAY COMPANY,<br><br>　　　　Cross-Plaintiff,<br><br>v.<br><br>TITUSAN TOWNSEND,<br><br>　　　　Cross-Defendant. | Case No. 1:20-cv-00178-SNLJ |

## NOTICE OF APPEAL

Defendant BNSF Railway Company ("BNSF") and Defendant Donald Handy ("Handy"), by and through undersigned counsel, pursuant to Fed. R. App. P. 3(a), state as follows:

Notice is hereby given that Defendants BNSF Railway Company and Donald Handy appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Memorandum and Order entered on July 21, 2021, and the Order dismissing the case entered on July 21, 2021.

1

Respectfully submitted,

**MULLICAN & HART, P.C.**

/s/ George R. Mullican
George R. Mullican, #16701OK*
Robert D. Hart, #16358OK*
Allison E. Lee, #61626MO
15 East Fifth Street, Suite 2200
Tulsa, OK 74103
P: (918) 794-6500
F: (918) 794-6068
gmullican@mullicanhart.com
rhart@mullicanhart.com
alee@mullicanhart.com
*admitted *pro hac vice*

William A. Brasher, #30155MO
BOYLE BRASHER, LLC
1010 Market Street, Suite 950
St. Louis, MO 63101
P: (314) 621-7700
F: (314) 621-1088
wbrasher@boylebrasher.com

***Attorneys for Defendant
BNSF Railway Company***

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the <u>20th</u> day of <u>August</u> 2021, the foregoing was filed electronically with the Clerk of Court using the Missouri e-filing system to be served by operation of the Court's electronic filing service on all counsel of record:

J. Michael Ponder
Katherine A. Wolz
Matthew D. Glenn
COOK, BARKETT, PONDER & WOLZ, P.C.
P.O. Box 1180
1610 N. Kingshighway, Suite 201
Cape Girardeau, MO 63702-1180
P: (573) 335-6651
F: (573) 335-6182
mponder@cbpw-law.com
kwolz@cbpw-law.com
mglenn@cbpw-law.com
*Attorneys for Plaintiff*

Joseph M. Hoffman
Hughes Lawyers, LLC
1314 South 18th Street
St. Louis, MO 63104
P: (314) 328-5770
joe@hugheslawyersllc.com
*Defendant ad Litem for T. Townsend*

Michael E. McCausland, #29950MO
Daphne R. Halderman, #33971MO
Clinton S. Turley, #66898MO
MCCAUSLAND BARRETT & BARTALOS P.C.
9233 Ward Parkway, Suite 270
Kansas City, MO 64114
P: (816) 523-3000
F: (816) 523-1588
mmcausland@mbblawfirmkc.com
dhalderman@mbblawfirmkc.com
cturley@mbblawfirmkc.com

/s/ George R. Mullican

3