# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 21-2931
_____

Ricky Tillman, Jr.

Plaintiff - Appellee

v.

BNSF Railway Company; Donald Handy

Defendants - Appellants

Titusan Townsend, Joseph Hoffman

Defendant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:20-cv-00178-SNLJ)

_____

**JUDGMENT**

Before LOKEN, GRUENDER and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the order of the district court dated July 21, 2021 is affirmed in accordance with the opinion of this Court.

                                                                       May 12, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

      /s/ Michael E. Gans